IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CYNTHIA JEAN DAVIS | § | CASE NO. 04-60096 |
| SSN: XXX-XX-6029 | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

NOTICE OF UNCLAIMED FUNDS TO BE DEPOSITED
INTO REGISTRY OF THE COURT

**NOW COMES JASON R. SEARCY, TRUSTEE** for the estate of Cynthia Jean Davis in the above styled and numbered cause and makes this his Notice of Unclaimed Funds to be Deposited into Registry of the Court.

I.

On May 28, 2010, your Trustee filed his Final Report and Proposed Distributions setting forth the administrative, priority, and unsecured claims to be paid to the full extent of available estate funds.

II.

Jason R. Searcy, Trustee has distributed the funds of this estate in accordance with the Trustee's Final Report and Proposed Distributions; in addition to, any and all subsequent noticed distributions. One distribution is still outstanding and have never been presented for endorsement or payment, despite attempts by the Trustee to have the check presented for payment.

| | | |
|---|---|---|
| Direct Merchants Credit Card | $3,007.87 | Check No. 3021 |

One distribution was returned to the Trustee citing that no amount was due and owing and return refund check was issued.

| | | |
|---|---|---|
| Henderson County | $ 10.24 | Check No. 3034 |

Ninety (90) days have passed since the initial distributions were made.

III.

Trustee's Check No. 3036 drawn in the amount of $3,018.11 and made payable to the United States Bankruptcy Court will be forwarded immediately upon completion of the ECF filing of this Notice.

IV.

To the best of Trustee's knowledge and belief, the proposed deposit to the registry of the Court prejudices no party in interest, is fair and equitable and in the best interest of this bankruptcy estate. Said deposit will extinguish all remaining estate funds and no further matters of administration will be necessary.

DATED this 2nd day of December, 2010.

RESPECTFULLY SUBMITTED,

SEARCY & SEARCY, P.C.

BY: */s/Jason R. Searcy*
JASON R. SEARCY
P.O. BOX 3929
LONGVIEW, TEXAS 75606
(903) 757-3399
FAX (903) 757-9559
STATE BAR NO. 17953500

ATTORNEY FOR TRUSTEE.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing document was served through electronic mail pursuant to the Electronic Case Management system of the United States Bankruptcy Court for the Eastern District of Texas on the 2nd day of December, 2010.

*/s/Jason R. Searcy*
JASON R. SEARCY